No. 546. AMERICAN AIRWAYS, INC. *v.* GROSJEAN. Jurisdictional statement submitted November 4, 1933. Decided November 13, 1933. *Per Curiam:* Decree affirmed. *Edelman* v. *Boeing Air Transport, Inc.,* 289 U.S. 249, 251, 252. *Messrs. Hugh N. Wilkinson* and *R. S. Pruitt* for appelplant. No appearance for appellee.

No. 551. WALD TRANSFER & STORAGE CO. *v.* SMITH ET AL. Jurisdictional statement submitted November 4, 1933. Decided November 13, 1933. *Per Curiam:* Decree affirmed. *Bradley* v. *Public Utilities Comm'n,* 289 U.S. 92, 95–98. *Mr. Maurice Hirsch* for appellant. No appearance for appellees. [See *post,* p. 602.]

No. 552. BEARD *v.* SMITH ET AL. Jurisdictional statement submitted November 4, 1933. Decided November 13, 1933. *Per Curiam:* Decree affirmed. *Bradley* v. *Public Utilities Comm'n,* 289 U.S. 92, 95–98. *Mr. Maurice Hirsch* for appellant. No appearance for appellees. [See *post,* p. 602.]

No. —, original. EX PARTE LATTA. November 13, 1933. The motion for leave to file petition for writ of habeas corpus is denied. *Mr. Garland Latta, pro se.*

No. [18], original. PENNSYLVANIA *v.* ARKANSAS. November 13, 1933. The motion for leave to file a bill of